United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rudolf H Gebauer, II  
Cassandra L Gebauer  
      Debtors

Case No. 19-15372-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 18, 2019  
                          Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.  
db/jdb        +Rudolf H Gebauer, II,   Cassandra L Gebauer,   176 Fairway Dr,   Denver, PA 17517-8835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:  
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
          ELIZABETH A. BARTLOW    on behalf of Debtor Rudolf H Gebauer, II elizabeth@bartlowlaw.com, r44610@notify.bestcase.com  
          ELIZABETH A. BARTLOW    on behalf of Joint Debtor Cassandra L Gebauer elizabeth@bartlowlaw.com, r44610@notify.bestcase.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Rudolf H Gebauer, II and Cassandra L Gebauer : Case No. 19–15372–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 18, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

17
Form 195